IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALAN IRVING MOSS,

    Plaintiff,

v.

BANK OF NEW YORK TRUST COMPANY,

    Defendant.
_____/

No. C 10-01734 JSW

**ORDER SETTING BRIEFING SCHEDULE**

    This matter is set for a hearing on February 4, 2011 on Defendant's motion to dismiss. The Court HEREBY ORDERS that Plaintiff's opposition to the motion shall be filed by no later than December 28, 2010 and a reply brief, if any, shall be filed by no later than January 6, 2011.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: December 13, 2010

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALAN I.MOSS,

        Plaintiff,

v.

BANK OF NEW YORK TRUST et al,

        Defendant.

Case Number: CV10-01734 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 13, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alan Irving Moss
P.O. Box 721
Moss Beach, CA 94038

Dated: December 13, 2010

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk