**THE ENDRES LAW FIRM**
**DAVID R. ENDRES, A.P.C. (S.B.N. 123564)**
**NOAH M. BEAN, ESQ. (S.B.N. 257657)**
**ERIC G. FERNANDEZ, ESQ. (S.B.N. 269684)**
**LAURIE HOWELL, ESQ. (S.B.N. 098785)**
**2121   2ND STREET, SUITE C105**
**DAVIS, CA 95618**
**TELEPHONE: 530-750-3700**
**FACSIMILE: 530-750-3366**

Attorneys for Defendant
THE BANK OF NEW YORK TRUST COMPANY NA
AS SUCCESSOR TO JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION, F/K/A JPMORGAN
CHASE BANK, AS TRUSTEE FOR TRUMAN
CAPITAL MORTGAGE LOAN TRUST 2006-1

**Alan Moss**
P.O. Box 721
Moss Beach, CA 94038
Telephone: (415) 296-7500
Facsimile: (650) 728-0738

In Propia Personum

# UNITED STATED DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN IRVING MOSS, individual,<br><br>Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK TRUST COMPANY, and Does 1-50, inclusive,<br><br>Defendants. | Case No.: 3:10-CV-01734-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND FOR DEFENDANT TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS**<br><br>Date:   February 4, 2011<br>Time:   09:00 AM<br>Courtroom: 11, 19th Floor<br>Judge: Hon. Jeffrey S. White<br><br>Complaint Filed: July 22, 2009<br>Amended Complaint Filed: March 16, 2010<br>Removed: April 22, 2010<br>2nd Amended Complaint Filed: Sept. 27, 2010<br>Trial Date: None |

//

---

**1**

**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND FOR DEFENDANT TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure, Rule 6(b)(1) and Local Rules 6-1(b), 6-2(a) and 7-12, Plaintiff ALAN IRVING MOSS ("Plaintiff") and Defendant THE BANK OF NEW YORK TRUST COMPANY NA AS SUCCESSOR TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, F/K/A JPMORGAN CHASE BANK, AS TRUSTEE FOR TRUMAN CAPITAL MORTGAGE LOAN TRUST 2006-1, erroneously sued herein as THE BANK OF NEW YORK TRUST COMPANY ("Defendant"), hereby stipulate to, and request that the Court issue an order to, enlarge the time for Plaintiff to file an opposition to Defendant's 12(b)(6) Motion to Dismiss and for Defendant to file a reply in support of its Motion to Dismiss.

Defendant filed a Motion to Dismiss Plaintiff's Second Amended Complaint as Document Number 21 on October 18, 2010. The matter was set to be heard by Chief Judge Vaughn R. Walker on December 23, 2010. On December 6, 2010, the case was reassigned to Judge Jeffrey S. White, the hearing date for the Motion was vacated, and Defendant was instructed by the Court to re-file the motion and re-notice the hearing. Defendant re-noticed the hearing date for the Motion for February 4, 2011, and re-filed the Motion as Document 28 on December 10, 2010. On December 13, 2010, the Court issued an Order Setting Briefing Schedule as Document 30, in which the Court set a deadline of **December 28, 2010**, for Plaintiff to file an opposition to the Motion. The Court's Order also set a deadline of **January 6, 2011**, for Defendant to file a reply in support of the Motion.

Due to Plaintiff's time constraints during the holiday season (Plaintiff made his holiday plans based on the time limits of Local Rule 7-3 and did not anticipate the Court shortening the time within which to file his response to the Motion), Plaintiff requested that Defendant stipulate to a one-week extension to **January 4, 2011**, for Plaintiff to prepare and file his opposition. Counsel for Defendant will be unavailable during the week following January 4, and granting Plaintiff a two-week extension without also extending Defendant's deadline to file Defendant's reply would unfairly prejudice Defendant. Accordingly, Plaintiff and Defendant have agreed to enlarge the time to respond such that the deadline for Plaintiff to file an opposition to the Motion would be **January 10, 2011**, and such that the deadline for Defendant to file a reply in support of the Motion would be **January 21, 2011**.

//

**2**
**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND FOR DEFENDANT TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED THAT the deadline for Plaintiff to file an opposition to Defendant's Motion to Dismiss, which was previously set for **December 28, 2010**, is hereby continued to **January 10, 2011**. It is also hereby stipulated that the deadline for Defendant to file a reply in support of its Motion to Dismiss, which was previously set for **January 6, 2011**, is hereby continued to **January 21, 2011**.

Dated: December 21, 2010

THE ENDRES LAW FIRM

By: /s/ Noah M. Bean
David R. Endres, APC
Noah M. Bean, Esq.
Eric G. Fernandez, Esq.
Laurie Howell, Esq.
Attorneys for Defendant
THE BANK OF NEW YORK TRUST COMPANY NA AS SUCCESSOR TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, F/K/A JPMORGAN CHASE BANK, AS TRUSTEE FOR TRUMAN CAPITAL MORTGAGE LOAN TRUST 2006-1

**Alan Moss**

By: 
Alan Moss
In Propia Personum

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 21, 2010

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

3

STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND FOR DEFENDANT TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS