**United States District Court**
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    ALAN IRVING MOSS,

10             Plaintiff,                          No. C 10-01734 JSW

11        v.

12   BANK OF NEW YORK TRUST,                 **ORDER VACATING HEARING**

13             Defendant.

                                        /

14

15        Pursuant to Civil Local Rule 7-1(b), the Court finds that Defendant's Motion to Dismiss

16   Plaintiff's (Second) Amended Complaint, Motion to Strike and Motion to Expunge Lis

17   Pendens, which has been set for hearing on February 4, 2011 at 9:00 a.m., are appropriate for

18   decision without oral argument.

19        Accordingly, the motion hearing date is hereby VACATED.  The motions will be taken

20   under submission and decided on the papers.

21        **IT IS SO ORDERED.**

22

23   Dated: February 2, 2011

                                        JEFFREY S. WHITE
24                                      UNITED STATES DISTRICT JUDGE

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALAN I.MOSS,

               Plaintiff,

  v.

BANK OF NEW YORK TRUST et al,

               Defendant.

Case Number: CV10-01734 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 2, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alan Irving Moss
P.O. Box 721
Moss Beach, CA 94038

Dated: February 2, 2011

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

**United States District Court**
For the Northern District of California