IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN IRVING MOSS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BANK OF NEW YORK TRUST,<br><br>　　　　Defendant.<br>_____/ | No. C 10-01734 JSW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

　　　Plaintiff has filed a motion for leave to amend the complaint that is set for hearing on May 13, 2011. Accordingly, the case management conference currently set for April 22, 2011 is hereby VACATED. The Court will reset the case management conference, if necessary, in the order ruling on Plaintiff's motion for leave to amend.

　　　**IT IS SO ORDERED.**

Dated: April 12, 2011

　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALAN I. MOSS,

      Plaintiff,

 v.

BANK OF NEW YORK TRUST et al,

      Defendant.

Case Number: CV10-01734 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 12, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alan Irving Moss
P.O. Box 721
Moss Beach, CA 94038

Dated: April 12, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk