IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN IRVING MOSS,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF NEW YORK TRUST,<br><br>    Defendant.<br>_____/ | No. C 10-01734 JSW<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING DATE** |

On March 25, 2011, Plaintiff filed a Motion for Leave to File an Amended Complaint, which has been noticed for hearing on May 13, 2011. Pursuant to Northern District Civil Local Rule 7-3, Defendant's opposition to the motion was due on April 22, 2011. Defendant has not filed an opposition. Accordingly, Defendant is HEREBY ORDERED TO SHOW CAUSE why Plaintiff's motion should not be granted as unopposed. If Defendant seeks to file an untimely opposition to the motion, it must set forth good cause for any such request, and it shall include its proposed opposition brief.

Defendant's response to this Order to Show Cause shall be due by no later than May 2, 2011. Plaintiff may reply to Defendant's response by no later than May 11, 2011.

//
//
//
//
//

The hearing set for May 13, 2011 is VACATED. If the Court concludes a hearing on the motion to amend is necessary, it shall issue an order to that effect.

**IT IS SO ORDERED.**

Dated: April 25, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALAN I.MOSS,

    Plaintiff,

 v.

BANK OF NEW YORK TRUST et al,

    Defendant.

Case Number: CV10-01734 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alan Irving Moss
P.O. Box 721
Moss Beach, CA 94038

Dated: April 25, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

3