# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN IRVING MOSS,<br><br>       Plaintiff,<br><br>   vs.<br><br>BANK OF NEW YORK TRUST,<br><br>       Defendant. | CASE NO. 3:10-cv-01734-JSW<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY FOR DEFENDANT BANK OF NEW YORK TRUST AND [PROPOSED] ORDER** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE: Defendant, BANK OF NEW YORK TRUST ("Defendant") hereby substitute Edward R. Buell, III of the law firm of Severson & Werson, A Professional Corporation, located at One Embarcadero Center, 26th Floor, San Francisco, CA 94111, Telephone (415) 398-3344, Facsimile (415) 956-0439 as their counsel of record in the above referenced action in place of TFLG, A Law Corporation located 2121 2nd Street, Ste C105, Davis, CA 95618.

DATED: April 29, 2011

GMAC Mortgage as Servicer for
BANK OF NEW YORK TRUST

By: _Carol Doucette_
_Litigation Case Manager_

-1-

1    I HEREBY ACCEPT THIS SUBSTITUTION:

2

3    DATED:  April __26__, 2011              SEVERSON & WERSON
                                             A Professional Corporation
4

5                                            By: _____
6                                                 Edward R. Buell, III
                                                  Attorneys for Defendant
7

8

9    I CONSENT TO THE ABOVE SUBSTITUTION:

10

11   DATED:  April _____, 2011              TFLG, A Law Corporation

12

13                                           By: _____

14

15

16   IT IS SO ORDERED:

17

18   DATED:  April _____, 2011
                                             By: _____
19                                                HONORABLE JEFFREY S. WHITE

20

21

22

23

24

25

26

27

28

-2-

NOTICE OF SUBSTITUTION OF ATTORNEY & [PROPOSED] ORDER
Case No. 3:10-cv-01734-JSW

I HEREBY ACCEPT THIS SUBSTITUTION:

DATED: April _____, 2011                SEVERSON & WERSON
                                          A Professional Corporation


                                          By: _____
                                             Edward R. Buell, III
                                             Attorneys for Defendant


I CONSENT TO THE ABOVE SUBSTITUTION:

DATED: April 26, 2011                     TFLG, A Law Corporation


                                          By: _____
                                             NOAH M. BEAN


IT IS SO ORDERED:

         May 3, 2011
DATED: ~~April _____, 2011~~            By: _____
                                             HONORABLE JEFFREY S. WHITE

**Defendant shall serve a copy of this Order on Plaintiff.**