IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN IRVING MOSS,<br><br>      Plaintiff,<br><br>  v.<br><br>BANK OF NEW YORK TRUST,<br><br>      Defendant.<br>_____ / | No. C 10-01734 JSW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE, GRANTING IN PART MOTION FOR LEAVE TO AMEND, AND SETTING INITIAL CASE MANAGEMENT CONFERENCE** |

On March 25, 2011, Plaintiff filed a Motion for Leave to File an Amended Complaint, which was noticed for hearing on May 13, 2011. On April 25, 2011, the Court issued an Order to Show Cause to Defendant as to why the motion should not be granted as unopposed. On May 2, 2011, Defendant filed a timely response to the Order to Show Cause, in which it states that it failed to oppose the motion because it was in the process of obtaining new counsel. Defendant also states that it shall not oppose the motion to amend.

The Court HEREBY DISCHARGES the Order to Show Cause. However, Defendant is on notice that, in the future, it must comply with any and all deadlines set by the Court. If Defendant fails to comply with those deadlines, sanctions may be imposed, including the striking of untimely briefs.

Defendant states that it will not oppose the motion to amend. Accordingly, Plaintiff's Motion for Leave to Amend (Docket No. 42) is granted, in part, on the conditions set forth herein. On March 7, 2011, the Court granted in part and denied in part BOYNT's motion to dismiss the first amended complaint.

1  In that Order, the Court granted BOYNT's motion to dismiss the second, third and fifth
2  claims for relief, and it did not grant Plaintiff leave to amend those claims. (Docket No. 39
3  (Order Granting in Part and Denying in Part Motion to Dismiss at 8:4-9:21.) Notwithstanding
4  the Court's Order, Plaintiff has reasserted those claims in his proposed amended complaint.
5  The request to amend those claims is denied, and Plaintiff shall omit them from his proposed
6  amended complaint. In addition, the Court granted BOYNT's motion to strike Plaintiff's
7  request for attorneys' fees. Nonetheless, Plaintiff has included those requests in his proposed
8  amended complaint. Plaintiff shall omit them from his second amended complaint.

9  Plaintiff may file and serve his proposed Second Amended Complaint, omitting the
10 claims set forth above and the requests for attorneys' fees, by no later than May 13, 2011. The
11 Court notes for Defendant's benefit, that if Defendant moves to dismiss the Second Amended
12 Complaint, the Court will not look favorably on Defendant's re-arguing the points raised with
13 respect to Plaintiff's first and seventh claims for relief.

14 It is FURTHER ORDERED that the parties shall appear for an initial case management
15 conference on Friday, July 1, 2011 at 1:30 p.m., and they shall submit joint case management
16 statements by no later than June 24, 2011.

17 **IT IS SO ORDERED.**

18 Dated: May 6, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALAN I.MOSS,

    Plaintiff,

  v.

BANK OF NEW YORK TRUST et al,

    Defendant.
                                     /

Case Number: CV10-01734 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 6, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alan Irving Moss
P.O. Box 721
Moss Beach, CA 94038

Dated: May 6, 2011

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

3