| | |
|---|---|
| 1 | JOHN B. SULLIVAN (State Bar No. 96742)<br>EDWARD R. BUELL III (State Bar No. 240494) |
| 2 | ELENA KOUVABINA (State Bar No. 235918)<br>SEVERSON & WERSON |
| 3 | A Professional Corporation<br>One Embarcadero Center, Suite 2600 |
| 4 | San Francisco, CA 94111<br>Telephone: (415) 398-3344 |
| 5 | Facsimile: (415) 956-0439<br>ekk@severson.com |
| 6 | |
| 7 | Attorneys for Defendants<br>THE BANK OF NEW YORK |
| 8 | TRUST COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALAN IRVING MOSS, | | Case No.: C 10-01734-JSW |
| | Plaintiff, | **STIPULATION TO VACATE ORDER SETTING BRIEFING SCHEDULE** |
| vs. | | **REGARDING THE BANK OF NEW YORK TRUST COMPANY'S** |
| THE BANK OF NEW YORK TRUST COMPANY, AND DOES 1-50, INCLUSIVE, | | **MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT AND MOTION TO STRIKE** |
| | Defendants. | **PORTIONS OF PLAINTIFF'S SECOND AMENDED COMPLAINT;**<br>[~~PROPOSED~~] **ORDER**<br>AS MODIFIED |

# STIPULATION

Defendant The Bank of New York Trust Company's ("BONYT") motion to dismiss Plaintiff Alan Irving Moss's second amended complaint and to strike Plaintiff's request for attorneys' fees is set for hearing on August 12, 2011.  On June 1, 2011, the Court issued an Order setting a briefing schedule regarding BONYT's motion to dismiss and motion to strike.  Family matters prevent Plaintiff from complying with the briefing schedule set forth in the Court's Order (Mr. Moss has been back East for almost a month caring for his gravely ill father and returned home on Sunday when he saw for the first time the Court's scheduling order).  The parties thus request that the Court's Order be vacated, and the briefing schedule set pursuant to Local Rule 7.3, with Plaintiffs' opposition due on July 22, 2011, and Defendant's reply, if any, due on July 29, 2011.

DATED:  June 15, 2011

SEVERSON & WERSON
A Professional Corporation


By:   _/s/ Elena Kouvabina_
      Elena Kouvabina

Attorneys for Defendants
THE BANK OF NEW YORK
TRUST COMPANY

DATED:  June 15, 2011


By:   _/s/ Alan Irving Moss_
      Alan Irving Moss
      Plaintiff

---

19000/0328/925355.1

1
STIPULATION TO VACATE ORDER SETTING BRIEFING SCHEDULE; ORDER
Case No.: C 10-01734-JSW

**[PROPOSED] ORDER**

For good cause shown, the June 1, 2011 Order setting briefing schedule regarding BONYT's motion to dismiss and motion to strike is vacated. Plaintiff's opposition to the motion to dismiss and motion to strike ~~and a reply brief, if any,~~ shall be filed ~~within the times prescribed by the Local Rule 7-3, with Plaintiff's opposition due~~ on July ~~22~~ 1, 2011, and Defendant's reply, if any, due on July ~~29~~ 8, 2011.

IT IS SO ORDERED.

Dated: June 16, 2011

_____
The Hon. Jeffrey S. White
United States District Court Judge