| | |
|---|---|
| 1 | JOHN B. SULLIVAN (State Bar No. 96742)<br>EDWARD R. BUELL III (State Bar No. 240494) |
| 2 | ELENA KOUVABINA (State Bar No. 235918)<br>SEVERSON & WERSON |
| 3 | A Professional Corporation<br>One Embarcadero Center, Suite 2600 |
| 4 | San Francisco, CA  94111<br>Telephone: (415) 398-3344 |
| 5 | Facsimile: (415) 956-0439<br>ekk@severson.com |

Attorneys for Defendants
THE BANK OF NEW YORK
MELLON TRUST COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN IRVING MOSS,<br><br>Plaintiff,<br><br>vs.<br><br>THE BANK OF NEW YORK TRUST COMPANY, AND DOES 1-50, INCLUSIVE,<br><br>Defendants. | Case No.: C 10-01734-JSW<br><br>**STIPULATION TO VACATE ORDER RE-SCHEDULING CASE MANAGEMENT CONFERENCE, TO RE-SCHEDULE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER** |

## STIPULATION

By Clerk's Notice issued on June 24, 2011 (Doc. #62), the Court re-scheduled the Case Management Conference in this matter from July 1, 2011 to September 9, 2011. The Case Management Conference Statement is due on or before September 2, 2011.

The plaintiff is scheduled to be in New York on September 9, 2011 in order to assist his daughter's move to attend college there. Further, in light of the effects of the hurricane presently affecting the area and the travel plans of thousands of individuals, re-scheduling travel plans is anticipated to be difficult.

Accordingly, the parties request that the Court re-schedule the presently scheduled Case Management Conference for one week to September 16, 2011. The Case Management Statement will be due on or before September 9, 2011. If these dates are not convenient for the Court's calendar, the parties wish to advise the Court that counsel for defendant is scheduled to be out of the country from September 23 to October 3, 2011.

DATED: August 29, 2011

SEVERSON & WERSON
A Professional Corporation

By:  /s/ Elena Kouvabina
     Elena Kouvabina

Attorneys for Defendants
THE BANK OF NEW YORK
MELLON TRUST COMPANY

DATED: August 29, 2011

By:  /s/ Alan Irving Moss
     Alan Irving Moss
     Plaintiff

19000/0328/925355.1

1

STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE; ORDER
Case No.: C 10-01734-JSW

## [PROPOSED] ORDER

For good cause shown, the June 24, 2011 Order setting the Case Management Conference for September 9, 2011 is vacated. The Case Management Conference is set for September 16, 2011. The parties' Case Management Statement is due on or before September 9, 2011.

IT IS SO ORDERED.

Dated: August 29, 2011

_____
The Hon. Jeffrey S. White
United States District Court Judge