UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALAN IRVING MOSS, | Case No. CV 10 1734 JSW |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER RE-SETTING DUE DATES FOR RESPONSE AND REPLY BRIEFS RE: MOTION TO DISMISS AND VACATING AND RE-SETTING CMC DATE |
| vs. | |
| THE BANK OF NEW YORK TRUST COMPANY, and DOES 1-50, inclusive, | |
| Defendants. | |

### [PROPOSED] ORDER

For good cause shown, Plaintiff's Response Brief re: Motion To Dismiss shall be due on December 13, 2011. Defendant's Reply Brief shall be due on December 20, 2011.

The October 28, 2011 Clerk's Notice setting the Case Management Conference for December 9, 2011 is vacated. The Case Management Conference shall be re-scheduled to March 2, 2012 at 1:30 p.m. ~~December 16, 2011,~~ and the Case Management Conference Statement shall be due on February 24, 2012 ~~December 9, 2011.~~

IT IS SO ORDERED.

Dated: DECEMBER 2, 2011

Hon. Jeffrey S. White
United States District Court Judge

---

[~~PROP.~~] ORDER RE-SETTING RESPONSE/REPLY BRIEF DUE DATES AND VACATING/RE-SETTING CMC DATE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALAN I.MOSS,

        Plaintiff,

v.

BANK OF NEW YORK TRUST et al,

        Defendant.

Case Number: CV10-01734 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 2, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alan Irving Moss
P.O. Box 721
Moss Beach, CA 94038

Dated: December 2, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk