Alan Moss
In Propria Personum
P.O. Box 721
Moss Beach, CA 94038
(415) 296-7500
(650) 728-0738

In Propria Personum

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN IRVING MOSS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE BANK OF NEW YORK TRUST COMPANY, and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. CV 10 1734 JSW<br><br>**STIPULATION TO EXTEND DATE (1) TO COMPLETE MEDIATION AND (2) TO FILE MOTION FOR REMAND IF NECESSARY, AND PROPOSED ORDER THEREUNDER** |

## STIPULATION

On March 2, 2012, a Case Management Conference was held in this matter, as a result of which the Court ordered the parties to complete mediation by May 1, 2012, and for the defendant to file a Motion To Remand on or before May 31, 2012. *See* Doc. #100.

On March 13, 2012, the Court appointed John DiNapoli to serve as mediator in this case. *See* Doc. #104.

On March 20, 2012, Mr. DiNapoli requested that the parties meet and confer and select a date within fifteen days to conduct a telephone conference to, *inter alia*, set the date to conduct the mediation. The date of March 27, 2012 was selected and agreed to.

On March 27, 2012, during said conference, it was discovered that Mr. DiNapoli is scheduled to begin a two-week trial on or about April 16, 2012. He therefore cannot conduct the mediation before May 1, 2012. It was therefore agreed by and between the parties, with the

concurrence of Mr. DiNapoli, to seek a one-month extension of the deadlines referred to hereinabove.

The ADR office has been apprised of this development, and of this writing, has not communicated any opposition to this request of the parties.

For the reasons set forth above, the parties request that the Court extend by thirty days and re-set the dates for the completion of mediation and the filing deadline for the Motion To Remand, so that the date to complete mediation shall be June 1, 2012, and the date for defendant to file its Motion To Remand be June 30, 2012.

DATED: March 28, 2012  ALAN MOSS

/s/ *Alan Moss*
Alan Moss
Plaintiff In Pro Per

DATED: March 28, 2012  SEVERSON & WERSON
A Professional Corporation

By: /s/ *Elena Kouvabina*
Elena Kouvabina

Attorneys for Defendants
THE BANK OF NEW YORK TRUST COMPANY

## [PROPOSED] ORDER

For good cause shown, the March 2, 2012 Order setting the dates to complete mediation and to file a Motion To Remand is vacated. The mediation shall now be completed by June 1, 2012. Defendant's Motion To Remand shall be filed on or before June 30, 2012.

**IT IS SO ORDERED.**

Dated: March 29, 2012.

The Hon. Jeffrey S. White
United States District Court Judge