UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

ALAN IRVING MOSS,
    Plaintiff,

v.

THE BANK OF THE NEW YORK TRUST COMPANY,
    Defendant.

No. C 10-1734 JSW

**ORDER RE: TELEPHONIC MEDIATION**

Date: May 29, 2012
Evaluator: John DiNapoli

    IT IS HEREBY ORDERED that the request to excuse the named plaintiffs from personal attendance at the May 29, 2012, mediation session before John DiNapoli is DENIED. The court finds that defendant has not made adequate showing that requiring its corporate representative to appear in person at the mediation would cause her 'extraordinary or otherwise unjustifiable hardship' as required by ADR L.R. 6-10(d). Accordingly, the request is DENIED and the representative is ordered to appear in person at the mediation.

    IT IS SO ORDERED.

May 4, 2012
Dated

By: _____
Donna M. Ryu
United States Magistrate Judge

[DENIED stamp]