UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

ALAN IRVING MOSS,
    Plaintiff,

No. C 10-1734 JSW

v.

THE BANK OF THE NEW YORK TRUST COMPANY,
    Defendant.

**ORDER RE: TELEPHONIC MEDIATION**

Date:    May 29, 2012
Evaluator:    John DiNapoli

IT IS HEREBY ORDERED that the request to excuse the defendant The Bank of the New York Trust Company's corporate representative from personal attendance at the May 29, 2012, mediation session before John DiNapoli is DENIED. The court finds that defendant has not made adequate showing that requiring its corporate representative to appear in person at the mediation would cause her 'extraordinary or otherwise unjustifiable hardship' as required by ADR L.R. 6-10(d). Accordingly, the request is DENIED and the representative is ordered to appear in person at the mediation.

IT IS SO ORDERED.

May 9, 2012    By: _____
Dated                      Donna Ryu
                                United States Magistrate Judge

DENIED

Case3:10-cv-01734-JSW Document110 Filed05/09/12 Page2 of 2